**Electronically Filed
Supreme Court
SCWC-30700
18-NOV-2015
09:33 AM**

SCWC-30700

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

GERARDO DENNIS PATRICKSON; RODOLFO BERMUNDEZ ARIAS;
BENIGNO TORRES HERNANDEZ; FERNANDO JIMENEZ ARIAS; MELGAR
OLIMPIO MORENO; SANTOS LEANDROS; HERMAN ROMERO AGUILAR; ELIAS
ESPINOZA MERELO; HOOKER ERA CELESTINO; ALIRIO MANUEL MENDEZ
and CARLOS HUMBER RIVERA, individually and on behalf of
others similarly situated, Petitioners/Plaintiffs-Appellants,

vs.

DOLE FOOD COMPANY, INC.; DOLE FRESH FRUIT COMPANY; DOLE FRESH
FRUIT INTERNATIONAL, INC.; PINEAPPLE GROWERS ASSOCIATION OF
HAWAII; AMVAC CHEMICAL CORPORATION; SHELL OIL COMPANY; DOW
CHEMICAL COMPANY; and OCCIDENTAL CHEMICAL CORPORATION,
(individually and as successor to Occidental Chemical Company
and Occidental Chemical Agricultural Products, Inc., Hooker
Chemical and Plastics, Occidental Chemical Company of Texas and
Best Fertilizer Company); STANDARD FRUIT COMPANY; STANDARD FRUIT
AND STEAMSHIP COMPANY; STANDARD FRUIT COMPANY DE COSTA RICA,
S.A.; STANDARD FRUIT COMPANY DE HONDURAS, S.A.; CHIQUITA BRANDS
INC.; CHIQUITA BRANDS INTERNATIONAL, INC., (individually and as
successor in interest to United Brands Company, Inc.); MARITROP
TRADING CORPORATION; DEL MONTE FRESH PRODUCE N.A., INC.
(incorrectly named as Del Monte Fresh Produce N.A.); DEL MONTE
FRESH PRODUCE COMPANY; DEL MONTE FRESH PRODUCE (HAWAII) INC.,
(incorrectly named as Del Monte Fresh Produce Hawaii, Inc.); DEL
MONTE FRESH PRODUCE COMPANY and FRESH DEL MONTE N.V.,
Respondents/Defendants-Appellees,

and

DOLE FOOD COMPANY, INC., Defendant/Third-Party Plaintiff-Appellees, vs. DEAD SEA BROMINE CO., LTD and BROMINE COMPOUNDS LIMITED, Third-Party Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NO. 30700; CIV. NO. 07-1-0047)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed on October 21, 2015, is corrected as follows:

1. On page 24, line 17, the comma between "Ohio" and "2002" is deleted.

2. On page 30, line 13, "1995" is changed to "1997."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, November 18, 2015.

/s/ Sabrina S. McKenna

Associate Justice

